```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
J. MEJIA,                                                              :
                                                                       :
                           Plaintiff,                                  :
                                                                       :           20 Civ. 9057 (JPC)
             -v-                                                       :
                                                                       :           ORDER
COMME DES GARCONS, LTD.,                                               :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 19, 2021, Defendant filed its Motion to Dismiss. (Dkt. 20). Plaintiff's opposition is due March 5, 2021, and Defendant's reply, if any, is due March 12, 2021.

SO ORDERED.

Dated: February 22, 2021  
       New York, New York

                                                  JOHN P. CRONAN  
                                       United States District Judge