```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
J. MEJIA,                                                              :
                                                                       :
                              Plaintiff,                               :
                                                                       :   20 Civ. 9057 (JPC)
        -v-                                                            :
                                                                       :   ORDER
COMME DES GARCONS, LTD.,                                               :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 24, 2021, Defendant Comme Des Garcons, Ltd. filed a letter requesting a stay of discovery in this action until disposition of its pending Motion to Dismiss (Dkt. 20) and an adjournment of the Initial Pretrial Conference ("IPTC") scheduled for March 10, 2021, at 10:30 a.m. (Dkt. 23). On March 2, 2021, Plaintiff J. Mejia filed a letter opposing Defendant's request. (Dkt. 24).

The Court denies Defendant's request to adjourn the March 10, 2021 IPTC. The parties should be prepared to discuss Defendant's motion to stay at that conference. Further, the parties must file a joint letter as described in the Court's Order dated February 22, 2021 (Dkt. 21) and a proposed Case Management Plan pursuant to Rule 5 of the Court's Individual Rules and Practices in Civil Cases by March 8, 2021, in the event that the Court denies Defendant's request to stay discovery.

SO ORDERED.

Dated: March 3, 2021
       New York, New York
                                                   _____
                                                           JOHN P. CRONAN
                                                        United States District Judge