UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                   :

JENIFER JULIETH MEJIA,                 :

                         Plaintiff,    :

                                     :          20 Civ. 9057 (JPC)

      -v-                     :

                                     :           ORDER

COMME DES GARCONS, LTD. et al.,       :

                                   :

                    Defendants.   :

                                   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Plaintiff's August 2, 2021 response to Defendants' letter regarding a dispute as to the appropriate confidentiality order to be entered in this action. *See* Dkts. 52, 54. In her response, Plaintiff objects to Defendants' proposed confidentiality orders as being overbroad and attaches a proposed protective order that she finds to be appropriate. *See* Dkt. 55.

      Defendants also filed a letter on August 6, 2021, requesting an extension of the fact discovery deadline in this action to October 31, 2021. Dkt. 56. That letter describes two pending discovery disputes and informs the Court that Plaintiff's counsel is on vacation from August 6, 2021 through August 31, 2021.

      The Court grants the fact discovery extension request. Fact discovery in this case will now close on October 31, 2021. The deadline to file the post-discovery status letter described in the April 13, 2021 Case Management Plan is adjourned to November 7, 2021.

      Plaintiff is directed to file a letter by August 13, 2021, explaining whether she objects to providing Defendants with executed authorization forms for her medical providers and the basis for that objection. If Plaintiff does not object, she must provide these forms to Defendants by August 13, 2021. If Plaintiff does object, the Court will address that issue at a conference on September 3,

2021 at 10:00 a.m.  At that conference, the Court also will address the parties' disagreement regarding the confidentiality order and Plaintiff's responses to certain interrogatories served by Defendants, as discussed in Defendants' August 6, 2021 letter.  The September 3, 2021 conference will occur via teleconference.  At the scheduled time, counsel for both parties should call (866) 434-5269, access code 9176261.

The Clerk of Court is respectfully directed to terminate the motion pending on Docket Number 52.

SO ORDERED.

Dated: August 9, 2021
      New York, New York

                              JOHN P. CRONAN
                          United States District Judge