```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JENNIFER JULIETH MEJIA,                                                :
                                                                       :
                          Plaintiff,                                   :
                                                                       :         20 Civ. 9057 (JPC)
        -v-                                                            :
                                                                       :         ORDER
COMME DES GARCONS, LTD. et al.,                                        :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Honorable Gabriel W. Gorenstein has informed the Court that the parties have reached a settlement. The parties shall file any paperwork in connection with the settlement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by December 21, 2021. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 39 as moot.

      SO ORDERED.

Dated: November 30, 2021  
       New York, New York

                                                      JOHN P. CRONAN  
                                                    United States District Judge