UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENIFER JULIETH MEJIA,

                                                                                 **Index No. 20-9057**

                  Plaintiff,

             v.

COMME DES GARCONS, LTD.,
 ELAINE BEUTHER,
 JAMES GILCHRIST,

                            Defendants

**PROPOSED ORDER OF:
NOTICE, CONSENT, AND REFERENCE OF A MOTION FOR APPROVAL
OF A SETTLEMENT INVOLVING FAIR LABOR STANDARDS ACT CLAIMS
TO THE MAGISTRATE JUDGE**

    All parties consent to have United States Magistrate Judge Gabriel W. Gorenstein conduct any and all proceedings and enter a final Order as to the parties' Motion for Settlement Approval (to be filed shortly), which motion will presumably be Docket Entry No. 73.


               /s/                                                    /s/

Josh Bernstein                                      John M. O'Connor
Josh Bernstein P.C.                             Epstein Becker Green
*Counsel for Plaintiff*                           *Counsel for Defendants*
160 Varick Street, 3rd Fl.                    One Gateway Center
New York, NY 10013                            Newark, NJ 07102

Dated: 12/13/2021                                Dated: 12/13/2021

1

**IT IS ORDERED**: The motion for Settlement Approval is referred to United States Magistrate Judge Gabriel W. Gorenstein to conduct all proceedings and enter a final Order on the motion identified above in accordance with 28 U.S.C. § 636(c).

Dated: December 15, 2021  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge