UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENIFER JULIETH MEJIA                                  :

                                                             :   ORDER OF DISCONTINUANCE
                Plaintiff,                              20 Civ. 9057 (GWG)
                                                             :

   -v.-                                                                  :

                                                             :

COMME DES GARCONS, LTD                         :

                Defendant.                           :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act.  On December 15, 2021, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  In a filing dated Decembe 13, 2021 (Docket #73 ), the parties have submitted their proposed settlement agreement.  Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable.  The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot.  The Clerk is requested to close the case.

      SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge